UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Andrew Clayton Freeburg, Chapter 7

Debtor Bankruptcy No. 25-42189

ORDER WAIVING DISCHARGE

The debtor's motion for waiver of the debtor's discharge came before the Court. Based on the files, records and proceedings herein,

IT IS ORDERED:

The debtor's waiver of his Chapter 7 discharge is approved.

Dated: *June 11, 2026*

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Judge